P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



14 HOUSTON
TX 773

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED.
FIRST CLASS

UNITED STATES POSTAGE
02 1M
0004279596    APR 01 2015
MAILED FROM ZIP CODE 78701
$ 00.40⁶
PITNEY BOWES

RE: WR-82,683-01

EUGENE DALE ENDERLIN JR.
TDC # 1490997

DISCHARGED

RTS